# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED "VALI" ZABIHEIAN,**<br>*Plaintiff,*<br>v.<br>**UNITY HEALTH CARE, INC.,**<br>*Defendant.* | **Civil Action No. 1:26-cv-03344-ABJ** |

**SECOND DECLARATION OF REGINA LINDSAY**

I, Regina Lindsay, declare and state as follows:

1. I am over the age of 18 years and am fully competent to make this declaration.

2. I have personal knowledge of the facts stated herein, and they are all true and correct.

3. I am employed by Unity Health Care, Inc. ("Unity") in the position of Chief Human Resources Officer. In my position, I was involved in the termination of Dr. Mohammed Zabiheian ("Plaintiff").

4. In April 2026, I was personally involved in the steps that Unity undertook to terminate Plaintiff's employment. I have personal knowledge of the circumstances surrounding the decision to terminate Plaintiff's employment and the timing and handling of the termination.

5. Unity made the decision to terminate Plaintiff on or about March 9, 2026. I was personally involved in that decision and have knowledge of when it was made and why.

6. Following the March 9, 2026, decision, I took steps to effectuate Plaintiff's termination, including the drafting of a notice of his termination and a separation and release agreement Unity intended to provide him.

7. On March 17, 2026, at 5:05 p.m., I authored and sent an e-mail showing that the decision to terminate Plaintiff had been made, and that the plan was to inform him of his termination on April 7, 2026. A true and correct copy of that e-mail is attached as **Exhibit A** to this declaration.

8. Unity would have terminated Plaintiff notwithstanding his leave and illness due to the feedback it received regarding his performance at the jail.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

Executed on November 20, 2026

Signed by:
Regina Lindsay
B5680F3AE51C491...

Regina Lindsay
Chief Human Resources Officer
Unity Health Care, Inc.

# Exhibit A

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** Regina Lindsay
**Sent:** Tuesday, March 17, 2026 5:05 PM
[redacted]
**Subject:** RE: Leader Concern

[redacted]

[redacted]

[redacted] We are looking to transition the employees on April 7th.

As stated, Dr. Tessema and Vali have not provided the level of service needed for the DOC and have failed to meet the essential functions of their jobs. In addition, we seek the need to make a change in leadership related to Unity's goals to find more alignment, collaboration, and efficiencies between the work we do in the DOC and in the community. Also, we are making a transition to have DOC operations come under the supervision of Unity's overall operations department, and we are looking to align our services where we can. This change will assist us in doing so.

*Attachments:*
-Correspondence from the DOC
-Dr. Tessema's 2025 Eval (1st full year)-no provider agreement on file
-Vali's 2024 & 2025 Evals

Please let me know if you have any questions or need anything else.

Regards,
**Regina Lindsay, MBA**
Chief HR Officer
Phone: 202.715.7919
Cell: 202.993.8910
rlindsay@unityhealthcare.org