# Exhibit C

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** Regina Lindsay
**Sent:** Tuesday, March 17, 2026 5:05 PM
[redacted]
**Subject:** RE: Leader Concern

[redacted]

[redacted]

[redacted] We are looking to transition the employees on April 7th.

As stated, Dr. Tessema and Vali have not provided the level of service needed for the DOC and have failed to meet the essential functions of their jobs. In addition, we seek the need to make a change in leadership related to Unity's goals to find more alignment, collaboration, and efficiencies between the work we do in the DOC and in the community. Also, we are making a transition to have DOC operations come under the supervision of Unity's overall operations department, and we are looking to align our services where we can. This change will assist us in doing so.

*Attachments:*
-Correspondence from the DOC
-Dr. Tessema's 2025 Eval (1st full year)-no provider agreement on file
-Vali's 2024 & 2025 Evals

Please let me know if you have any questions or need anything else.

Regards,

**Regina Lindsay, MBA**
Chief HR Officer
Phone: 202.715.7919
Cell: 202.993.8910
rlindsay@unityhealthcare.org